IN THE UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LILLEBABY, LLC,**<br><br>Plaintiff,<br><br>-against-<br><br>**STOKKE, LLC and STOKKE, AS,**<br><br>Defendants. | No. 3:19-cv-328 (AWT)<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)** |

Plaintiff LILLEbaby, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against Defendants Stokke, LLC, and Stokke, AS, with prejudice.

Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a) is therefore appropriate.

Respectfully submitted:

Date: May 1, 2020

/s/ *Dawn M. Neborksy*

Dawn M. Neborsky
**BONNER KIERNAN TREBACH & CROCIATA LLP**
100 Pearl Street, 14th Floor
Hartford, CT 06103
Telephone: (860) 249-9900
dneborsky@bonnerkiernan.com

*Attorneys for Plaintiff*
*LILLEbaby, LLC*